# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2117

_____

CURTIS M. GORHAM,

    Petitioner,

    v.

MICHAEL ALAN JENKINS,
RICHARD WOOTEN, TATIANA
ECHEVERRY, INSURANCE(S), DR.
GARY H. LAVINE, DR. EMILY D.
BILLINGSLEY, KENDREA VIRGIL,
RN., LLOYD G. LOGUE, DONNA
BAIRD, JOSEPH R. IMPICCICHE
(CEO), JUNCO EMERGENCY
PHYSICIANS, BAY COUNTY
HEALTH SYSTEM LLC, THE
STATE OF FLORIDA, PAYPAL,
INC., USAA FSB, (MEDICAL
EXPERT) DR. DANIEL COUSIN,
and OTHER UNKNOWN PEOPLE
SUCH AS THE ORDERLY AND
RADIOLOGY ASSISTANT,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction

October 24, 2024

PER CURIAM.

DISMISSED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Curtis M. Gorham, pro se, Petitioner.

No appearance for Respondents.